IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:18-CV-363-BO

| | | |
|---|---|---|
| ATLANTIC COAST PIPELINE, LLC, <br> *Plaintiff*, <br> v. <br><br> 3.612 ACRES, MORE OR LESS, IN JOHNSTON COUNTY, NORTH CAROLINA *et al.*, <br> *Defendants*. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | ORDER |

In light of the entry of default judgment on all issues except the issue of just compensation, [DE 24], plaintiff's motion for entry of partial summary judgment in its favor [DE 9] is DENIED AS MOOT.

SO ORDERED, this ___ day of March 2020.

*Terrence Boyle*
TERRENCE W. BOYLE
CHIEF UNITED STATES DISTRICT JUDGE